# Court of Appeals
# of the State of Georgia

ATLANTA, November 26, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0098. LAMONT HOWARD v. SARAH GRIFFIE, JUDGE.

Lamont Howard has filed a renewed petition for a writ of mandamus.[1] Upon consider of Howard's renewed petition, it is hereby DENIED. See Ct. App. R. 40(c); *Arnold v. Alexander*, 321 Ga. 330, 335 (1) & n. 6 (914 SE2d 311) (2025).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 11/26/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.

---

[1] His prior petition for a writ of mandamus was filed in the Supreme Court of Georgia, which transferred it here. See Case No. S26O0098 (Sept. 16, 2025). This Court denied the petition. See Case No. A26E0063 (Sept. 17, 2025).